**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Luis Manuel BEDOLLA–ALMANZA, Defendant–Appellant.**

No. 04–41159.

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 20, 2005.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Marjorie A. Meyers, Margaret Christina Ling, Assistant Federal Public Defenders, Houston, TX, for Defendant–Appellant.

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Luis Manuel Bedolla–Almanza appeals from the sentence imposed following his guilty plea to attempted illegal reentry. He argues pursuant to *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), that *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), should be overruled. He concedes that his constitutional argument is foreclosed by *Almendarez–Torres*, and he raises it solely to preserve its further review by the Supreme Court.

*Apprendi* did not overrule *Almendarez–Torres*. *See Apprendi*, 530 U.S. at 489–90, 120 S.Ct. 2348; *United States v. Dabeit*, 231 F.3d 979, 984 (5th Cir.2000). The Supreme Court's recent decisions in *Shepard v. United States*, —— U.S. ——, —— – —— & n. 5, 125 S.Ct. 1254, 1262–63 & n. 5, 161 L.Ed.2d 205 & n. 5 (2005), *United States v. Booker*, —— U.S. ——, ——, 125 S.Ct. 738, 756, 160 L.Ed.2d 621 (2005), and *Blakely v. Washington*, —— U.S. ——, ——, 124 S.Ct. 2531, 2537, 159 L.Ed.2d 403 (2004), also did not overrule *Almendarez–Torres*. We therefore must follow *Almendarez–Torres* "unless and until the Supreme Court itself determines to overrule

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

it." *Dabeit*, 231 F.3d at 984 (internal quotation marks and citation omitted).

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.